Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE        6502-0
gwk@hawaiilawyer.com
VERONICA A. NORDYKE     10609-0
van@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii  96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

HATCH JAMES & DODGE, P.C.

JUSTIN L. JAMES      *Admitted Pro Hac Vice*
jjames@hjdlaw.com
10 West Broadway, Suite 400
Salt Lake City, Utah  84101
Telephone:  (801) 363-6363

Attorneys for Defendants
  SAFE HOME CONTROL, INC.,
  MICHAEL BIRCHALL, TREVYN
  SMITH, and ERICA SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALERT HOLDINGS GROUP, INC. dba ) <br> ALERT ALARM HAWAII ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TREVYN SMITH; SAFE HOME ) | CIVIL NO. 1:18-cv-00391 KJM <br><br> **SUGGESTION OF DEATH OF DEFENDANT TREVYN SMITH; DECLARATION OF GREGORY W. KUGLE** |

453687

| | |
|---|---|
| CONTROL, INC.; ERICA SMITH; MICHAEL BIRCHALL; JOHN AND JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE CORPORATIONS 1-20, DOE LLCS 1-20, DOE GOVERNMENTAL UNITS 1-20, and DOE ENTITIES 1-20,<br><br>Defendants.<br>_____<br><br>SAFE HOME CONTROL, INC.; TREVYN SMITH; and ERICA SMITH,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>ALERT HOLDINGS GROUP, INC. dba ALERT ALARM HAWAII; ROGER SAVAGE; and JOHN CANNON,<br><br>Counterclaim Defendants.<br>_____ | Trial Date: April 21, 2020<br>Trial Judge: Hon. K. Mansfield |

## SUGGESTION OF DEATH OF DEFENDANT TREVYN SMITH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Defendants SAFE HOME CONTROL, INC., TREVYN SMITH, ERICA SMITH, and MICHAEL BIRCHALL, by and through their attorneys, DAMON KEY LEONG KUPCHAK HASTERT and HATCH JAMES & DODGE, P.C., hereby

2

suggest the death of Defendant TREVYN SMITH during the pendency of this action.

DATED: Honolulu, Hawaiʻi, September 20, 2019.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ Gregory W. Kugle*
GREGORY W. KUGLE
VERONICA A. NORDYKE

Attorneys for Defendants
SAFE HOME CONTROL, INC., MICHAEL BIRCHALL, TREVYN SMITH, and ERICA SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALERT HOLDINGS GROUP, INC. dba ALERT ALARM HAWAII<br><br>Plaintiff,<br><br>vs.<br><br>TREVYN SMITH; SAFE HOME CONTROL, INC.; ERICA SMITH; MICHAEL BIRCHALL; JOHN AND JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE CORPORATIONS 1-20, DOE LLCS 1-20, DOE GOVERNMENTAL UNITS 1-20, and DOE ENTITIES 1-20,<br><br>Defendants.<br>_____<br><br>SAFE HOME CONTROL, INC.; TREVYN SMITH; and ERICA SMITH,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>ALERT HOLDINGS GROUP, INC. dba ALERT ALARM HAWAII; ROGER SAVAGE; and JOHN CANNON,<br><br>Counterclaim Defendants.<br>_____ | CIVIL NO. 1:18-cv-00391 KJM<br><br>**DECLARATION OF GREGORY W. KUGLE**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: April 21, 2020<br>Trial Judge: Hon. K. Mansfield |

453687

# DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, declare as follows:

1. I am an attorney with the law firm of Damon Key Leong Kupchak Hastert, counsel of record for Defendants SAFE HOME CONTROL, INC., TREVYN SMITH, ERICA SMITH, and MICHAEL BIRCHALL, and am duly licensed to practice in all courts in the State of Hawai`i.

2. I make this Declaration based on my personal knowledge, unless otherwise indicated, and I am competent to testify to the matters contained herein.

3. I received information that Mr. Trevyn Smith died in early July 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2019, at Honolulu, Hawai`i.

                                     */s/ Gregory W. Kugle*
                                     GREGORY W. KUGLE